**98-1305. Yonkings v. Wilkinson.**
Franklin App. No. 97APE08-1083. Reported at 83 Ohio St.3d 1431, 699 N.E.2d 946. On motion for

reconsideration.   Motion granted and discretionary appeal allowed.

F.E. SWEENEY and COOK, JJ., dissent.